UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. |
| | : | |
| v. | : | |
| | : | Violation: 18 U.S.C. § 1701 |
| **ALVIN LEGRAND,** | : | (Obstruction of Mails) |
| | : | |
| Defendant. | : | |
| _____ | : | |

### I N F O R M A T I O N

The United States Attorney charges:

From on or about January of 2007 to on or about January of 2008, within the District of Columbia, the defendant, **ALVIN LEGRAND**, knowingly and wilfully did obstruct and retard the passage of the mail in that he did unlawfully remove mail from its normal course of delivery and use the contents of such mail for his own benefit, while he was working as a mail handler at the United States Postal Service station located at 2121 Ward Place, N.W., Washington, D.C.

(**Obstruction of mails generally,** in violation of Title 18, United States Code, Section 1701)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY:  _____/s/_____

OPHER SHWEIKI
Assistant United States Attorney
Bar No. 458776
Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 353-8822
Opher.Shweiki@usdoj.gov